| AO-10 Rev. 1/97 | **FINANCIAL DISCLOSURE REPORT**<br>FOR CALENDAR YEAR 2003 | Report by<br>Reform 1989,<br>101-194, November 30, 1989<br>[5 U.S.C. App. 4, 101-112] |

| 1. Person Reporting (Last name, first, middle initial)<br><br>KEARSE, AMALYA L. | 2. Court or Organization<br><br>COURT OF APPEALS, 2D CIRCUIT | 3. Date of Report<br><br>04/26/04 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges i dicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE | 5. Report Type (check appropriate type)<br>___ Nomination, Date __/__/__<br>___ Initial _X_ Annual ___ Final | 6. Reporting Period<br><br>01/01/03 - 12/31/03 |
| 7. Chambers or Office Address<br>U.S. COURTHOUSE<br>FOLEY SQUARE<br>NEW YORK, NEW YORK 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION    NAME OF ORGANIZATION/ENTITY

☐ **NONE** (No reportable positions)

Trustee, Director    Robert F. Kearse Memorial Scholarship Fund

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

DATE    PARTIES AND TERMS

☐ **NONE** (No reportable agreements)

'69,    Hughes Hubbard & Reed - Amalya L. Kearse: Return of July 1979 Re

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income) | | |
| 2 & 8 | Devyn Press Royalties | $ 281.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

FINANCIAL DISCLOSURE OFFICE 2004 MAY -3 A 11:50 RECEIVED

## V. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |

## OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## I. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities) | | |

*Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

## IL. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month/Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Clinton Assoc. Ptnp | A | Interest | J | W | | | | | |
| 2 Int'l Constructors Ptnp | A | Interest | J | W | | | | | |
| 3 T Rowe Price Eq Inc Mutual Fund | A | Dividend | J | T | | | | | |
| 4 Urban Improvement 1975 Ptnp | A | Interest | J | W | | | | | |
| 5 Janus Twenty Mutual Fund | A | Dividend | J | T | SoldPt | 10/20 | J | | |
| 6 IRA Janus Fund | | None | L | T | Bot | 1/3 | J | | |
| 7 Janus Fund | | None | L | T | | | | | |
| 8 Janus Money Market Fund | A | Dividend | J | T | | | | | |
| 9 T Rowe Price Money Market Fund | A | Dividend | J | T | | | | | |
| 10 Janus Mercury Fund | | None | | | SoldAll | 9/24 | L | | |
| 11 PBHG Growth Fund | | None | | | SoldAll | 10/20 | J | | |
| 12 Cable & Wireless PLC | A | Dividend | | | SoldAll | 9/11 | J | | |
| 13 Ericsson Telephone | | None | J | T | -- | | J | | |
| 14 T Rowe Price MidCap Growth Fund | | None | K | T | | | | | |
| 15 Citibank Money Market | A | Interest | J | T | | | | | |
| 16 T Rowe Price Blue Chip Fund | | None | | | SoldAll | 9/24 | K | | |
| 17 Scientific Atlanta Co. | A | Dividend | L | T | | | | | |
| 18 Legg Mason Value Fund | | None | K | T | | | | | |

1 Inc/Gain Cds: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1,D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Cds:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1,D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Cds:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse; "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 T Rowe Price Science & Tech Fund | | None | J | T | | | | | |
| 20 Janus Core Equity (f/k/a Janus Equity Income) | | None | | | SoldAll | 10/20 | J | | |
| 21 LSI Logic | | None | K | T | | | | | |
| 22 Wasatch Core Growth | A | Dividend | K | T | | | | | |
| 23 Global Crossing | | None | J | T | | | | | |
| 24 Rite Aid Corp. | | None | J | T | | | | | |
| 25 Bear Stearns Money Market Portfolio | A | Dividend | J | T | | | | | |
| 26 Bally Total Fitness | | None | J | T | Bot | 6/10 | J | | |
| 27 Bally Total Fitness | | None | J | T | Bot | 9/11 | J | | |
| 28 Koninklijke Ahold | | None | J | T | Bot | 7/17 | J | | |
| 29 Koninklijke Ahold | A | Distribu | | | Sold | 12/23 | J | A | |
| 30 IndyMac Bancorp | | None | K | T | Bot | 11/12 | K | | |
| 31 IndyMac Bancorp | | None | J | T | Bot | 12/10 | J | | |
| 32 Selected American Shares | A | Dividend | K | T | Bot | 9/30 | K | | |
| 33 Selected Special Shares | A | Dividend | K | T | Bot | 9/30 | K | | |
| 34 Legg Mason Opportunity Fund | A | Dividend | K | T | Bot | 9/30 | K | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |

| 1 Inc/Gain Cds: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 | E=$15,001-$50,000<br>H2=$5,000,001 or more |
|---|---|---|---|---|---|
| 2 Val Cds: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000<br>P4=$50,000,001 or more | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | N=$100,001-$250,000 | M=$250,001-$500,000 |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | | S=Assessment<br>W=Estimated | T=Cash/Market |

## VIII.   ADDITIONAL INFORMATION or EXPLANATIONS.   (Indicate part of Report.)

All investments shown in previous report as having no value at end of reporting period were sold, dissolved, or otherwise disposed of during that period and have been deleted from form.

Weston residence did not produce, and is no longer held for production of, income and thus is no longer listed as an asset.

Koninklijke Ahold entry shown as "Distribution" represents issuance of "warrants," which were sold, as indicated.  No purchased shares were sold or otherwise disposed of.

Some shares of Ericsson Telephone Co. were donated to charity.

Some shares of Rite Aid Corp. were donated to charities.

Multiple entries for the same security, required in prior report because purchased on different dates, have been consolidated.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>KEARSE, AMALYA L. | Date of Report<br>04/26/04 |
| --- | --- | --- |

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                     Date  4/26/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544